# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05012-WMR
## Herman Miller, Inc. v. Belnick LLC
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court & ZOOM on 06/24/2020.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:15 P.M.
TIME IN COURT: 6:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT:
- Jonathan Barr representing Belnick LLC
- Jean-Paul Ciardullo representing Herman Miller, Inc.
- Stephen Dorvee representing Belnick LLC
- Lindsey Hughes representing Belnick LLC
- Amanda Hyland representing Herman Miller, Inc.
- Jonathan Moskin representing Herman Miller, Inc.

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: The Court conducted oral argument via a Zoom video hearing. The Court DENIES Plaintiff's [98] Motion for Partial Summary Judgment. Plaintiff's [116] request for entry of judgment regarding latches (contained in their response) is DENIED.

|   |   |
|---|---|
|   | Defendant's [101] Motion for Partial Summary Judgment is DENIED on the issue as to whether the trademark is famous or top of mind or widely recognized, and DENIED as to the dilution issue. The functionality argument is TAKEN UNDER ADVISEMENT. The motion is DENIED as to the latches argument as the Court contends there are existing questions of fact. Plaintiff's [102] Motion for Partial Summary Judgment is TAKEN UNDER ADVISEMENT as to the functionality argument. The method of calculation of dates is DENIED but may be raised more properly in later Daubert or limine motions. Plaintiff's [103], [104], [105] Motions to Exclude Testimony are DEFERRED and an order will be issued before the end of September.  Plaintiff's [106] Motion to Exclude Evidence of Third-Party Infringers is TAKEN UNDER ADVISEMENT. Plaintiff's [107] Motion to Compel & Enforce Discovery Order is GRANTED – Defendant must produce the data. Plaintiff is responsible for hosting costs and the cost of a third party lawfirm to act as special master. The special master will review documents found (if any) to determine if they are responsive to the discovery request. If parties cannot jointly agree on a special master, each side will submit their candidate and a one page letter to the Court for selection. Defendant has the opportunity to object to any documents identified by the Special Master before they are produced to Plaintiff. The Court also remarked that Plaintiff can re-depose the CFO. The hearing for tomorrow is removed from the calendar. |
| HEARING STATUS: | Hearing Concluded |