# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HERMAN MILLER, INC.,

               Plaintiff,

v.

BELNICK LLC,

               Defendant.

Case No. 1:18-cv-05012-WMR

## STIPULATED JUDGMENT

The following Stipulated Order shall fully dispose of all claims in this action by Herman Miller, Inc. ("Herman Miller") against Belnick LLC ("Belnick") arising from Herman Miller's asserted trade dress rights in the **EAMES ALUMINUM GROUP** chair, examples of which are shown in **Exhibit A** appended hereto.

From the date of this Order going forward:

1) Belnick shall not manufacture, have manufactured, advertise, market, sell, or otherwise distribute the products shown in **Exhibit B** appended hereto, including any of the same or substantially similar appearance, regardless of model designation, upholstery type, or color;

1

2) Belnick shall not otherwise manufacture, have manufactured, market, sell or otherwise distribute any products that are confusingly similar to the asserted trade dress rights in the EAMES ALUMINUM GROUP chair; and

3) Belnick shall not aid or encourage any other entity to engage in the foregoing activities.

The Court shall retain jurisdiction to enforce this Stipulated Order and the Settlement Agreement between the parties. Each party is to bear their own costs and fees relating to claims in this action premised on the asserted trade dress rights in the EAMES ALUMINUM GROUP chairs.

Signed this 7th day of May, 2021.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Herman Miller

Registered and Unregistered

Trade Dress in

Eames Aluminum Group

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 3,105,591
Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



HERMAN MILLER, INC. (MICHIGAN COR-
PORATION)
855 EAST MAIN AVENUE
P.O. BOX 302
ZEELAND, MI 494640302

FOR: FURNITURE, NAMELY CHAIRS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 4-0-1958; IN COMMERCE 6-9-1958.

THE MARK CONSISTS OF THE OVERALL
SHAPE AND APPEARANCE OF THE UPPER POR-

TION OF A CHAIR FRAME, INCLUDING THE
ARMRESTS. THE CHAIR FRAME IS MADE OF
POLISHED ALUMINUM AND POLISHED ALUMI-
NUM IS CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-594,225, FILED 5-21-2004.

BRIAN PINO, EXAMINING ATTORNEY

**⊎HermanMiller**

## EAMES
## Thin Pad Management Chair



4821-2530-7191.2

**Ex. 1314-7**

**◑HermanMiller**

# EAMES
## Thin Pad Management Chair
### (color variant examples)



4821-2530-7191.2

**Ex. 1314-8**

**HermanMiller**

# EAMES
## Thin Pad Management Chair
### ("Cygnus" Upholstery)

 

 



4821-2530-7191.2

**Ex. 1314-9**

**HermanMiller**          EAMES

## Thin Pad Cygnus Management Chair (black frame)



4821-2530-7191.2

**Ex. 1314-10**

**HermanMiller**

# EAMES
## Thin Pad Side Chair



4821-2530-7191.2

**Ex. 1314-11**

**⏻HermanMiller**

# EAMES
## Thin Pad Side Chair (white)



4821-2530-7191.2

**Ex. 1314-12**

**◉HermanMiller**

# EAMES
## Thin Pad Executive Chair



4821-2530-7191.2

**Ex. 1314-13**

**◑HermanMiller**

# EAMES
## Thin Pad Executive Chair (white)



4821-2530-7191.2

**Ex. 1314-14**

**HermanMiller**

# EAMES
## Thin Pad Executive Chair
### ("Cygnus" Upholstery)



4821-2530-7191.2

**Ex. 1314-15**

**HermanMiller**

## EAMES
## Thin Pad Executive Chair (black frame)



4821-2530-7191.2

**Ex.  1314-16**

**◎HermanMiller**

EAMES
Thin Pad Lounge Chair



17

4821-2530-7191.2

**Ex.  1314-17**

**⏻HermanMiller**

# EAMES
## Soft Pad Management Chair



4821-2530-7191.2

**Ex. 1314-18**

**◑HermanMiller**

## EAMES
### Soft Pad Management Chair (white)



19

**Ex.  1314-19**

**HermanMiller**

**EAMES**
## Soft Pad Side Chair



4821-2530-7191.2

**Ex. 1314-20**

**HermanMiller**

**EAMES**
## Soft Pad Side Chair (white)



21

**Ex. 1314-21**

**HermanMiller**

## EAMES
## Soft Pad Executive Chair



4821-2530-7191.2

**Ex. 1314-22**

**HermanMiller**

## EAMES
## Soft Pad Executive Chair (white)



4821-2530-7191.2

**Ex. 1314-23**

**⊙HermanMiller**

EAMES
Soft Pad Lounge Chair



24

**Ex. 1314-24**

# EXHIBIT B

# EXAMPLES OF CHAIRS ACCUSED OF INFRINGING EAMES ALUMINUM GROUP TRADE DRESS

< PREVIOUS

NEXT >









# Mid-Back Brown Ribbed Leather Swivel Conference Chair with Knee-Tilt Control and Arms

**In Stock.  Usually ships in 24 hours**

was $452.00

## $194.99

Item #   BT-9826M-BRN-GG

Availability   In Stock

Quantity available   162

More expected by   11/19/18

Shop all Flash Furniture Products

  FREE SHIPPING

View Full Details →

Quantity    [ - ] [ 1 ] [ + ]

Color

ADD TO CART

✉ Send To A Friend





## High Back White Ribbed Leather Executive Swivel Chair with Gold Frame, Knee-Tilt Control and Arms

★★★★½ 4.5 Stars   (49 Reviews)
(Write a Review)

**In Stock.  Usually ships in 24 hours**

was $503.00

## $217.99

Item #   BT-9826H-WH-GD-GG

Availability   In Stock

Quantity available   225

Shop all Flash Furniture Products

🚚 FREE SHIPPING



Quantity   [ - ]  [ 1 ]  [ + ]

Color

ADD TO CART

✉ Send To A Friend





## High Back Black Ribbed Leather Executive Swivel Chair with Knee-Tilt Control and Arms

★★★★½ 4.5 Stars   (49 Reviews)
(Write a Review)

In Stock.  Usually ships in 24 hours

was $503.00

**$240.99**

Item #   BT-9826H-BK-GG

Availability   In Stock

Quantity available   1443

Shop all Flash Furniture Products

🚚 FREE SHIPPING



Quantity   [ - ] [ 1 ] [ + ]

Color

ADD TO CART

✉ Send To A Friend







### Mid-Back White Ribbed Leather Executive Swivel Chair with Gold Frame, Knee-Tilt Control and Arms

★★★★☆ 4.6 Stars  (16 Reviews)
(Write a Review)

In Stock.  Usually ships in 24 hours

was $458.00

**$194.99**

Item #  BT-9826M-WH-GD-GG

Availability   In Stock

Quantity available   238

Shop all Flash Furniture Products

🚚 FREE SHIPPING



Quantity    [ - ]  [ 1 ]  [ + ]

Color

ADD TO CART

✉ Send To A Friend



### Inspired by Bassett Archer Executive Office Chair - Milford Asphalt

☆☆☆☆☆ 0.0 Stars    No Reviews
(Write the First Review)



**In Stock.  Usually ships in 1 - 3 days**

was $325.00

# $148.99

🚚 **FREE SHIPPING**

Item #    BP-ARCEX-M48-OS

Availability    In Stock

Quantity available    171

**Shop all Office Star Products Products**

---

Quantity    [ - ] [ 1 ] [ + ]

Color



**ADD TO CART**

✉ Send To A Friend





## High Back White Leather Executive Swivel Chair with Gold Frame, Synchro-Tilt Mechanism and Arms

☆☆☆☆☆ 0.0 Stars    No Reviews
(Write the First Review)

**In Stock.  Usually ships in 24 hours**

was $535.00

# $216.99



Item #   BT-9895H-6-WH-GD-GG

Availability    In Stock

Quantity available    335

More expected by   11/11/18

**Shop all Flash Furniture Products**

🚚  FREE SHIPPING

Quantity    [ - ] [ 1 ] [ + ]

Color



ADD TO CART





## High Back White Leather Executive Swivel Chair with Synchro-Tilt Mechanism and Arms

☆☆☆☆☆ 0.0 Stars    No Reviews
(Write the First Review)

**In Stock.  Usually ships in 24 hours**

was $497.00

## $216.99



Item #     BT-9895H-6-WH-GG

Availability    In Stock

Quantity available    261

More expected by    12/23/18

Shop all Flash Furniture Products

🚚  FREE SHIPPING

Quantity    [ - ]  [ 1 ]  [ + ]

Color



ADD TO CART

✉ Send To A Friend





## Mid-Back Armless White Ribbed Leather Swivel Conference Chair

★★★★★ 5 Stars  (5 Reviews)
(Write a Review)



In Stock.  Usually ships in 24 hours

was $318.00

**$168.49**

Item #  BT-9836M-2-WH-GG

Availability  In Stock

Quantity available  1115

More expected by  11/15/18

Shop all Flash Furniture Products

🚚  FREE SHIPPING



Quantity    [ - ]  [ 1 ]  [ + ]

Color

**ADD TO CART**

✉ Send To A Friend

Case 1:18-cv-05012-WMR   Document 21-6   Filed 05/07/21   Page 32 of 37









## Mid-Back Transparent Black Mesh Executive Swivel Chair with Synchro-Tilt Mechanism and Arms

★★★★★ 5 Stars   (1 Review)
(Write a Review)

**In Stock.  Usually ships in 24 hours**

was $452.00
## $204.99

Item #   BT-2768M-GG

Availability   In Stock

Quantity available   416

More expected by   11/11/18

Shop all Flash Furniture Products



Quantity   [ - ] [ 1 ] [ + ]

**ADD TO CART**

Case 1:18-cv-05012-WMR   Document 21-6   Filed 05/07/21   Page 33 of 37





## Mid-Back Armless Black Ribbed Leather Swivel Conference Chair

★★★★★ 5 Stars   (5 Reviews)
(Write a Review)

In Stock. Usually ships in 24 hours

was $318.00

**$168.49**



Item #   BT-9836M-2-BK-GG

Availability   In Stock

Quantity available   2056

More expected by   11/7/18

Shop all Flash Furniture Products

🚚 FREE SHIPPING

Quantity   [ - ] [ 1 ] [ + ]

Color



ADD TO CART

✉ Send To A Friend









## Mid-Back Black Leather Executive Swivel Chair with Synchro-Tilt Mechanism and Arms

 4.7 Stars    (3 Reviews)
(Write a Review)

**In Stock. Usually ships in 24 hours**

was $457.00

**$204.99**

Item #   BT-9895M-BK-GG

Availability    In Stock

Quantity available    567

Shop all Flash Furniture Products

 FREE SHIPPING

Quantity    [ - ] [ 1 ] [ + ]

Color



ADD TO CART

Case 1:18-cv-05012-WMR   Document 21-6   Filed 05/07/21   Page 35 of 37







## Mid-Back White Leather Executive Swivel Chair with Gold Frame, Synchro-Tilt Mechanism and Arms

★★★★½ 4.7 Stars   (3 Reviews)
(Write a Review)

**In Stock. Usually ships in 24 hours**

Item #   BT-9895M-WH-GD-GG

Availability   In Stock

Quantity available   344

More expected by   11/11/18

Shop all Flash Furniture Products

was $457.00

**$203.49**



🚚 FREE SHIPPING

Quantity   [ - ] [ 1 ] [ + ]

Color

ADD TO CART

Case 1:18-cv-05012-WMR   Document 42-9   Filed 05/07/21   Page 36 of 37







## High Back Transparent Black Mesh Executive Swivel Chair with Synchro-Tilt Mechanism and Arms

☆☆☆☆☆ 0.0 Stars   No Reviews
(Write the First Review)

**In Stock.** Usually ships in 24 hours

was $468.00

# $228.99

Item #   BT-2768H-GG

Availability   In Stock

Quantity available   778

Shop all Flash Furniture Products



Quantity   [ - ] [ 1 ] [ + ]

ADD TO CART

Case 1:18-cv-05012-WMR   Document 42-9   Filed 05/06/19   Page 15 of 15





## High Back Black Leather Executive Swivel Chair with Gold Frame, Synchro-Tilt Mechanism and Arms

⭐⭐⭐⭐⭐ 0.0 Stars   No Reviews
(Write the First Review)

**In Stock.  Usually ships in 24 hours**

was $535.00

**$216.99**



Item #   BT-9895H-6-BK-GD-GG

Availability   In Stock

Quantity available   320

More expected by   11/11/18

Shop all Flash Furniture Products

🚚 FREE SHIPPING

Quantity     [ - ]  1  [ + ]

Color



ADD TO CART